MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
JOSEPH W. GUZZETTA (State Bar No. 233560)
jwg@severson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ADMIRAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:26-cv-01929-LJC<br><br>**STIPULATION TO STAY ACTION PENDING ARBITRATION** **AND MODIFIED ORDER**<br>Honorable Lisa J. Cisneros<br><br><br>Complaint Filed: March 5, 2026 |

WHEREAS, plaintiff Nicholas Admiral ("Plaintiff") initiated this lawsuit on March 5, 2026.

WHEREAS, Plaintiff defendant Wells Fargo Bank, N.A. ("Wells Fargo") previously stipulated that Wells Fargo's answer or other response to the complaint would be due on May 1, 2026;

WHEREAS, Plaintiff and Wells Fargo have agreed to a stay of this action in favor of arbitration before the American Arbitration Association pursuant to 9 U.S.C. § 3.

The Parties therefore **STIPULATE AND AGREE** as follows:

1.    All dates and deadlines set by the Court in this action are vacated;

2.    This action shall be stayed pursuant to 9 U.S.C. § 3 pending completion of the arbitration;

3.    The Court reserves jurisdiction in order to confirm any arbitration award issued by the arbitrator; and

4.    The Court will hold an arbitration status conference ~~within 180 days of the date of this stipulation.~~ on October 29, 2026 at 1:30 pm via Zoom webinar.  The parties shall file a joint status report no later than October 22, 2026, advising the Court of their progress in arbitration.

**IT IS SO STIPULATED.**

Date: April 30, 2026



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Lisa J. Cisneros

DATED:  April 30, 2026            STINSON LLP


                                  By:    _____/s/ Joseph W. Guzzetta_____
                                              JOSEPH W. GUZZETTA

                                  Attorneys for Defendant
                                  WELLS FARGO BANK, N.A.


DATED:  April 30, 2026            JAVITCH LAW OFFICE


                                  By:    _____/s/ Mark L. Javitch_____
                                              MARK L. JAVITCH

                                  Attorney for Plaintiff
                                  NICHOLAS ADMIRAL


                        **SIGNATURE ATTESTATION**

        Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the individual(s) whose

signatures are listed in this document and on whose behalf the filing is submitted concur in the

filing's content and have authorized the filing.


                                              _____/s/ Joseph W. Guzzetta_____


STIPULATION TO STAY ACTION PENDING ARBITRATION
CORE/3547685.3654/242391215.1